IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES T. DIEHL, | No. 4:25-CV-00019 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA PAROLE BOARD, | |
| Respondent. | |

## ORDER

**AND NOW**, this 11th day of August 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Charles T. Diehl's motion to supplement (Doc. 17) is **GRANTED** only to the extent that the Court will consider Diehl's Supplemental Memorandum (Doc. 17-2).

2. Diehl's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

3. A certificate of appealability shall not issue, as Diehl has not made a substantial showing of the denial of a constitutional right, s*ee* 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural rulings are correct, *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge